BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JULIAN SOSA,<br><br>                Defendant. | CASE NO. 1:11-CR-370 LJO<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>Date: April 16, 2012<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

After the sentencing date in this matter was set, the Assistant U.S. Attorney on the case was informed that he was accepted to a course at the National Advocacy Center on the East Coast that conflicts with the current sentencing date. To allow the government attorney to attend both the course and the sentencing in this matter, the parties stipulate and request that the sentencing be continued to April 23, 2012 at 8:30 a.m. with sentencing-related deadlines adjusted accordingly.

                                                                                              BENJAMIN B. WAGNER
                                                                                              United States Attorney

DATED: March 21, 2012                                 By: /s/ Yasin Mohammad
                                                                                          YASIN MOHAMMAD
                                                                                         Assistant U.S. Attorney


DATED: March 21, 2011                                 By: /s/ Jeremy Kroger
                                                                                          Jeremy Kroger
                                                                                         Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-370 LJO |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING SENTENCING** |
| v. | ) | |
| JULIAN SOSA, | ) | |
| | ) | Date: April 23, 2012 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

## **ORDER**

In that good cause has been shown, the sentencing of Julian Sosa is continued to April 23, 2012 at 8:30 a.m. with sentencing-related deadlines adjusted accordingly.

IT IS SO ORDERED.

Dated:   **March 21, 2012**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE